IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR R. MARTINEZ, | : | CIVIL ACTION |
| | : | NO. 13-6294 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BASTIAN FREUND et al., | : | |
| | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this **10th** day of **April, 2015,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Defendant's Motion for Summary Judgment (ECF No. 31) is **GRANTED**;

(2) Plaintiff's 42 U.S.C. § 1983 civil rights violations claim (Count I) is **DISMISSED with prejudice**;

(3) Plaintiff's state law claims (Counts II-IV) are **DISMISSED without prejudice**; and

(4) The Clerk of Court shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**